JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Julia.Patten@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

MAR 21 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19- 28 -BLG-SPW |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | |
| MATTHEW GLENN DICKINSON, | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** (Count I) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| Defendant. | |
| | **DISTRIBUTION OF METHAMPHETAMINE** (Counts II and III) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five years to forty years imprisonment, $5,000,000 fine, and at least four years supervised release) |

|  | **POSSESSION OF A STOLEN FIREARM**<br>(Count IV)<br>Title 18 U.S.C. § 922(j)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**FELON IN POSSESSION OF A FIREARM**<br>(Count V)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That in April 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, MATTHEW GLENN DICKINSON, knowingly and unlawfully possessed, with the intent to distribute, 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about April 19, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, MATTHEW GLENN DICKINSON, knowingly and unlawfully distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of

21 U.S.C. § 841(a)(1).

## COUNT III

That on or about April 25, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, MATTHEW GLENN DICKINSON, knowingly and unlawfully distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

That on or about May 1, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, MATTHEW GLENN DICKINSON, knowingly and unlawfully possessed, in and affecting interstate commerce, a firearm, namely a Marlin Firearms Co., Model 98, .22 caliber, semi-automatic rifle (no serial number), knowing and having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j).

## COUNT V

That on or about May 1, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, MATTHEW GLENN DICKINSON, having been convicted on or about January 20, 2010, of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, did knowingly possess, in and affecting interstate commerce, a

firearm, namely a DPMS, model A15, .223 caliber, semi-automatic rifle (serial number F217312), and a Marlin Firearms Co., Model 98, .22 caliber, semi-automatic rifle (no serial number), in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.  Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

4