DAVID A. MERCHANT II
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
david_merchant@fd.org
      Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GLENN DICKINSON,<br><br>Defendant. | Case No. CR-19-28-BLG-SPW<br><br><br>**NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |

NOTICE IS HEREBY GIVEN that Defendant, Matthew Glenn Dickinson, by and through his Counsel David A. Merchant, II, Assistant Federal Defender, and the Federal Defenders of Montana, mailed a formal discovery request in letter format dated April 15, 2019, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 15th day of April, 2019.

/s/ David A. Merchant II
DAVID A. MERCHANT II
Assistant Federal Defender
    Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on April 15, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| _1, 2_ | CM-ECF |
| _____ | Hand Delivery |
| _3_ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.    CLERK, UNITED STATES DISTRICT COURT

2.    JULIE R. PATTEN
Assistant United States Attorney
United States Attorney's Office
2601 2nd Avenue North, Suite 3200
Billings, MT 59101
        Counsel for the United States of America

3.    MATTHEW GLENN DICKINSON
Defendant

                                        /s/ David A. Merchant, II
                                        DAVID A. MERCHANT II
                                        Assistant Federal Defender
                                            Counsel for Defendant