UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2019 MAR 22 A 8:49
US MARSHALS S~~

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>MATTHEW GLENN DICKINSON,<br><br>        Defendant. | CR-19-28 -BLG-SPW<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

**FILED**

APR 15 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

        YOU ARE HEREBY COMMANDED to arrest MATTHEW GLENN DICKINSON and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Possession with Intent to Distribute Methamphetamine, Distribution of Methamphetamine, Possession of a Stolen Firearm, and Felon in Possession of a Firearm in violation of Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. §§ 922(j) and 922(g)(1).

Assigned to: Julie R. Patten, AUSA

*/s/ Judith Rhoades*

Judith Rhoades, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 21st day of March, 2019

| *RETURN* | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION:** | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 4/12/19 | | *Rod Ostermiller*<br>**UNITED STATES MARSHAL** |
| **LOCATION:** LAUREL, MT | | |
| **BY:** Colton Clark, | **Deputy U.S. Marshal** | |